UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FELICIA LEE AVELLANET,

                     Plaintiff,

      -against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

                     Defendant.

------------------------------------------------------------X

24 Civ. 2455 (LJL)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      On July 11, 2024, the Honorable Lewis J. Liman referred this action to the undersigned for settlement. (Dkt. No. 10). The parties shall therefore jointly submit a letter to the Court by no later than **August 12, 2024** indicating their respective positions as to when they believe a settlement conference in this action would be productive.

**SO ORDERED.**

DATED:    New York, New York
               August 6, 2024

                                                                                                The Honorable Gary Stein
                                                                               United States Magistrate Judge