

August 8, 2024

**VIA ECF**
Magistrate Judge Gary Stein
United States District Court
Southern District of New York

**MEMO ENDORSED**

          Re:      Avellanet v. The Stop & Shop Supermarket
          Case #:  1:24-cv-02455-LJL

Dear Honorable Magistrate Gary Stein:

    I represent Plaintiff Felicia Avellanet in the above-referenced matter.

    Your Honor has scheduled a pre-settlement conference call for Wednesday August 14th, 2024, at 11:00 a.m., to discuss scheduling of and preparation for a settlement Conference.

    I conferred with my client, the Plaintiff, and Defense Counsel Sasha Shafeek, Esq. and the claims adjuster, and everyone agrees to the morning of October 16th as an agreeable date for a conference.

    I will be on an airplane at the said time and am unable to join the call.

    I respectfully request that the Court adjourn the call to another date, **or alternatively** allow for another attorney from my office or "of counsel", who has knowledge of this case and of my calendar, to appear on my behalf.

    Thank you for your anticipated cooperation in this matter.

Very Truly Yours,

*Michael Cohan, Esq.*
**Cohan Law Firm, PLLC**

Application granted. The Pre-Settlement Conference scheduled for Wednesday, August 14, 2024 at 11:00 a.m. is hereby adjourned. A Pre-Settlement Conference shall take place on Tuesday, September 17, 2024 at 11:00 a.m.

Date:  August 8, 2024
          New York, New York

**SO ORDERED:**

*[signature]*

**HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE**